■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN P. WHALEN, Appellant.— Appeal by defendant from an order of the Supreme Court, Richmond County, dated March 1, 1968, denying his application which was treated by said court as a motion to modify defendant's sentence imposed by said court on June 27, 1967. Appeal dismissed. Such an order is not appealable. (*People* v. *Holmes*, 27 A D 2d 843). Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.